# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ASHFORD**                                                    **PETITIONER**
**ADC #133975**

v.                                    **No. 4:25-cv-1310-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                    **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 14*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Ashford's § 2254 petition, *Doc. 1*, will be dismissed without prejudice.  The Court denies a certificate of appealability.  28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2026