## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ASHFORD**                                          **PETITIONER**
**ADC #133975**

**v.**                               **No. 4:25-cv-1310-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                   **RESPONDENT**

### JUDGMENT

Ashford's § 2254 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_28 May 2026_